IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01056-BNB

LUTHER B. SOVEED, JR.,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Luther B. Soveed, Jr., is a prisoner in the custody of the Texas Department of Criminal Justice and is currently incarcerated at the Coffield Prison in Tennessee Colony, Texas. He initiated this action by filing two letters with the Court on April 28, 2010.

In an order filed on May 7, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Soveed to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Soveed to file a complaint on the court-approved form, and either pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Soveed was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Soveed has not communicated with the Court since April 28, 2010. Accordingly, he has failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this  21st  day of   June  , 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01056-BNB

Luther B. Soveed, Jr.
Prisoner No. 699758
Coffield Prison
2661 F.M. 2054
Tennessee Colony, TX 75884

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/22/10

GREGORY C. LANGHAM, CLERK

By _____
       Deputy Clerk